IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JORGE GONZALEZ MOYANO, et. al., <br><br>Plaintiff <br><br> vs. <br><br> FEDERAL EXPRESS CORP. <br><br> Defendant | CASE NO.: CIVIL NO. 97-2850(HL) |

## MOTION FOR DISBURSEMENT OF REGISTRY FUNDS CURRENTLY DEPOSITED AT THE COURT'S DESIGNATED FINANCIAL INSTITUTION

**TO THE HONORABLE COURT:**

**COME NOW** the plaintiffs Jorge González Moyano and Rebeca González Eiranova, through its undersigned attorneys and very respectfully pray:

1.  On April 16, 1999, this Honorable Court approved a settlement agreement were the plaintiffs, who were minors at the time, would receive an Award of two thousand two hundred and fifty dollars ($2,250.00) each, as a settlement for their claims. (See Exhibit A).

2.  On May 25, 1999, the Defendant consigned the settlement awards with the court. (See Exhibit B).

3.  At this time both, Jorge A. González Eiranova and Rebeca Gonzalez Eiranova, have reached adulthood (see Exhibit C Certificate of Birth of Jorge González Eiranova, Exhibit D Passport of Jorge González Eiranova, Exhibit E, Certificate of Birth of Rebeca González Eiranova and Exhibit F, Passport of Rebeca González Eiranova) and would ask this Honorable Court to order the disbursement of the funds received in the settlement

and all accrued interest, less any administrative fees deducted pursuant to Local Rule 67(b).

4. The disbursement funds are to be paid to the order of Jorge A. González Eiranova and Rebeca González Eiranova and sent by mail to their attorney's address García & Fernández Law Office, Bolivia 33, Suite 701, San Juan, Puerto Rico 00917-2010.

**IT IS RESPECTFULLY** requested to this Honorable Court to order the disbursement of the awarded funds on the settlement agreement and any accrued interest to Jorge A. González Eiranova and Rebeca González Eiranova.

**WHEREFORE,** the appearing party requests from this Honorable Court that the disbursement be authorized as requested herein.

Respectfully Submitted.

In San Juan, Puerto Rico, this 31 of August, 2005.

**GARCIA & FERNANDEZ LAW OFFICE**
Bolivia 33, Suite 701
San Juan, Puerto Rico 00917-2010
Tel. (787)764-1932; Fax (787)766-2132

/s/**DANIEL GARCIA CHAMORRO**
USDC No. 212512
dgarcia@gflawpr.com