UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**Exhibit A**

Jorge González Moyano, et al
v.
Federal Express Corp.

CASE NUMBER: 97-2850 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 4.7.99   **Docket #** 33<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion requesting authorization for settlement of claims of minors | Plaintiffs seek the Court's approval of the settlement amounts for the claims of minor plaintiffs Rebecca González Eiranova and Jorge A. González Eiranova. Under the settlement, each minor's claim shall be settled for $3,000.00. The Court approves these amounts. Under this settlement, the attorney's fees for each minor plaintiff shall be $750.00. Any costs associated with this case shall be deducted from the awards to Jorge González Moyano and Rebecca Eiranova Montoya. Therefore, each minor plaintiff shall be enititled to an award of **$2,250.00**. The parents of the minor plaintiffs shall place this money in a secure low-risk investment until these minors become adults. The motion for approval of the settlement is hereby granted. |
| **Date Filed:** 4.6.99   **Docket #** 32<br>[x] Plffs  [x] Defts  [ ] Other<br>**Title:** Stipulation for voluntary dismissal with prejudice | Approved. Judgment shall be entered incorporating in full the terms of the parties' dismissal. The Court will retain jurisdiction over its terms. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380-82 (1994). |

Date 4/15/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd: APR 19 1999   EOD: