



Exhibit B