Exhibit C





REPUBLICA DE CUBA
REGISTRO DEL ESTADO CIVIL
CERTIFICACION DE NACIMIENTO

01-21-1
021967

Registro del Estado Civil  Santiago de Cuba.

Tomo  371                         Municipio:  Santiago de Cuba.

Folio  427                         Provincia:  Santiago de Cuba.

DATOS DE LA INSCRIPCION

Nombre (s) y apellidos:  Jorge Alberto Gonzalez Firanova.-
Lugar de nac.:  Santiago de Cuba  Fecha de nac.:  30-9-1980.  Sexo:  M.
Padre:  Jorge Gonzalez Moyano.-
Natural de:  Santiago de Cuba.-     Asiento:  -10-1980.-
Madre:  Rebeca Firanova Montoya.-
Natural de:  Nueva York.-
Abuelos paternos:  Manuel Roman.-         y  Georgina.-
Abuelos maternos:  Florencio Evelio.-     y  Esther Agripina.-
Inscripción practicada en virtud de:  Declaración de Madre.-

A utilizar en:     Territorio Nacional     Exenta

Para surtir efecto en:     En el extranjero (legalización)     Gravada

OBSERVACIONES: _____

_____

_____

EL REGISTRADOR DEL ESTADO CIVIL CERTIFICA:

Que los anteriores datos concuerdan fielmente con los que aparecen consignados en la inscripción a que hace referencia.

Hecho por: _____

Confrontado por: _____

Fecha de expedición: _____

_____
Registrador del Estado Civil
Firma y cuño