*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED



PASSPORT / PASSEPORT / PASAPORTE

UNITED STATES OF AMERICA

Type: P    Code: USA    Passport No.: 400387372

Surname: GONZALEZ EIRANOVA
Given names: JORGE ALBERTO
Nationality: UNITED STATES OF AMERICA
Date of birth: 30 Sep 1980
Sex: M    Place of birth: CUBA
Date of issue: 25 Oct 2001
Date of expiration: 24 Oct 2011
Authority: New Orleans Passport Agency
Amendments: See Page 24

P<USAGONZALEZ<EIRANOVA<<JORGE<ALBERTO<<<<<<<
4003873724USA8009308M1110241<<<<<<<<<<<<<08