



01 - 21 - 1
024871

REPUBLICA DE CUBA
REGISTRO DEL ESTADO CIVIL
CERTIFICACION DE NACIMIENTO

Registro del Estado Civil    Santiago de Cuba.

Tomo ....406............    Municipio: Santiago de Cuba.

Folio ....427............    Provincia:    Santiago de Cuba.

## DATOS DE LA INSCRIPCION

Nombre (s) y apellidos:    Rebeca Gonzalez Eiranova.-

Lugar de nac.: Santiago de Cuba. Fecha de nac.: 18-10-1983. Sexo:    F.

Padre:    Jorge Gonzalez Moyano.-

Natural de:    Santiago de Cuba.-    Asiento:    6-11-1983.-

Madre:    Rebeca Eiranova Montoya.-

Natural de:    Nueva York.-

Abuelos paternos:    Manuel Roman.-    y    Georgina.-

Abuelos maternos:    Florencio Evelio.-    y    Esther Agripina.-

Inscripción practicada en virtud de:    Declaración la Madre.-

A utilizar en:                              Territorio Nacional                    Exenta

Para surtir efecto en:                     En el extranjero            X          X          Gravada
                                           (legalización)

OBSERVACIONES: ........................................................................................

.........................................................................................................................

.........................................................................................................................

EL REGISTRADOR DEL ESTADO CIVIL CERTIFICA:

Que los anteriores datos concuerdan fielmente con los que aparecen consignados en la inscripción
a que hace referencia.

Hecho por: ...................................          Fecha de expedición: .......5-10-1999.......

Confrontado por: ...................................

Registrador del Estado Civil
Firma y cuño