Exhibit F

