IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JORGE GONZALEZ MOYANO, et. al., <br><br> **Plaintiff** <br><br> vs. <br><br> **FEDERAL EXPRESS CORP.** <br><br> **Defendant** | CASE NO.: CIVIL NO. 97-2850(HL) |

## ORDER

The Court hereby grants the Plaintiff's motion for disbursement, and orders the disbursement of two thousand two hundred and fifty dollars ($2,250.00) plus all interest that has accrued to Jorge A. González Eiranova and two thousand two hundred and fifty dollars ($2,250.00) for Rebeca González Eiranova. The Clerk is authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the principal amount of $2,250.00 plus all accrued interest, minus any statutory user's fees, payable to Jorge A. González Eiranova and two thousand two hundred and fifty dollars ($2,250.00) for Rebeca González Eiranova, address Calle Arpegio Núm. 27, Urbanización Muñoz Rivera, Guaynabo, Puerto Rico, 00969, and mail the check to Jorge A. González Eiranova and Rebeca González Eiranova at García & Fernández Law Office, 33 Calle Bolivia, Piso 7, Suite 701, San Juan, Puerto Rico 00917-2010.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this       day of                  , 2005.

_____